who differ (in race, religion or political opinion) in a way regarded as offensive." *Prasad v. I.N.S.*, 47 F.3d 336, 339 (9th Cir.1995). Moreover, Nayada was persecuted on account of imputed political opinion because she was "a member of a politically active family, other members of which have been persecuted in the past for their political beliefs." *Navas v. I.N.S.*, 217 F.3d 646, 659 (9th Cir.2000). The evidence in this case, therefore, compels a finding contrary to that of the IJ. I respectfully dissent.

Before BRUNETTI, KLEINFELD and THOMAS, Circuit Judges.

## MEMORANDUM **

Based on the evidence in this case, we affirm for the reasons given by the district court.

**Martha Garcia REYES, a widow, on her own behalf and on behalf of her minor children, Esveidy Beltran, Carmen T. Beltran, Reyes Beltran; Manuela Villarreal, mother of the deceased, Brun Beltran Villarreal, Plaintiffs—Appellants,**

v.

**UNITED STATES of America; Seth Nadel, husband Defendants—Appellees.**

No. 00–16405.

D.C. No. CV–97–00781–RCC.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2001.*

Decided Dec. 7, 2001.

**OGDEN ALLIED MAINTENANCE CORPORATION, Plaintiff—Appellant,**

v.

**FORMICA CORP.; Sierra Plant; Service Employees International Union, Local 22, Defendants—Appellees.**

No. 00–35394.

D.C. No. CV–97–01846–FCD(PAN).

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 4, 2001.

Decided Dec. 7, 2001.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.